IN THE SUPREME COURT OF THE STATE OF NEVADA

BEAZER HOMES HOLDINGS, LLC,
F/K/A BEAZER HOMES HOLDINGS
CORP.,
     Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
     Respondents,
       and
FRANSHELLE CRINER; MATTHEW
CATLETT; JOSAPHINA CATLETT;
JOSEPH CATLETT; THOROUGHBRED
MANAGEMENT, INC.; VILLAGE AT
CRAIG RANCH HOMEOWNER'S
ASSOCIATION; THE CHAMBERLAIN
GROUP, INC.; VALLEY CUSTOM
IRON; AMERICAN FENCE COMPANY,
INC.; AQUAMARINE BUTTERFLY,
INC., D/B/A KBEECH ENTERPRISES;
AND CITY OF NORTH LAS VEGAS,
     Real Parties in Interest.

No. 75365

FILED

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

AMERICAN FENCE COMPANY, INC.,
     Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
     Respondents,
       and
FRANSHELLE CRINER; MATTHEW
CATLETT; JOSAPHINA CATLETT;

No. 75369

19-11719

JOSEPH CATLETT; THOROUGHBRED
MANAGEMENT, INC.; VILLAGE AT
CRAIG RANCH HOMEOWNER'S
ASSOCIATION; THE CHAMBERLAIN
GROUP, INC.; VALLEY CUSTOM
IRON; BEAZER HOMES HOLDINGS,
LLC, D/B/A BEAZER HOMES
HOLDINGS CORP.; AQUAMARINE
BUTTERFLY, INC., D/B/A; KBEECH
ENTERPRISES; AND CITY OF NORTH
LAS VEGAS,
    Real Parties in Interest.

## ORDER DISMISSING PETITIONS

Pursuant to the stipulation of the parties, and cause appearing, these petitions are dismissed. The stay imposed on May 11, 2018, and partially lifted on December 20, 2018, is lifted in its entirety. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:    Hon. Ronald J. Israel, District Judge
       Wood, Smith, Henning & Berman, LLP/Las Vegas
       Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
       McDonald Carano LLP/Reno
       Ballard Spahr LLP/Las Vegas
       Jamison & Associates, PLLC
       Jones Day/Chicago
       McCullough, Dobberstein & Evans, Ltd.
       McCullough & Associates, Ltd.
       Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
       Henderson City Attorney
       Eighth District Court Clerk